# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | Docket Number: 08 C 2985 |
| | Judge Leinenweber |
| v. | Magistrate Judge Keys |
| FOX ENTERPRISES OF IL, INC., an Illinois corporation | |

TO: (Name and address of defendant)

> FOX ENTERPRISES OF IL, INC.
> an Illinois corporation
> c/o Secretary of State
> 69 W. Washington Street
> Suite 1240
> Chicago, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY
> ARNOLD AND KADJAN
> 19 W. Jackson Boulevard, Suite 300
> Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____         _____
Michael W. Dobbins, Clerk          Date

_____
(by) Deputy Clerk