# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | Docket Number: 08 C 2985 |
| | Judge Leinenweber |
| v. | Magistrate Judge Keys |
| FOX ENTERPRISES OF IL, INC., an Illinois corporation | |

TO:   (Name and address of defendant)

FOX ENTERPRISES OF IL, INC.
an Illinois corporation
c/o Secretary of State
69 W. Washington Street
Suite 1240
Chicago, Illinois

**RECEIVED**
JUN 2 6 2008
JESSE WHITE
SECRETARY OF STATE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois  60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
Michael W. Dobbins, Clerk               Date

_____
(by) Deputy Clerk

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE | File # 6643 7167 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com | **FILED**<br>JUN 2 6 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>This space for use by Secretary of State<br>Date 6-26-08<br>Filing Fee $10.00<br>Approved: LJB |
| Remit payment in check or money order, payable to "Secretary of State." | | |

1. Title of the case and number of the case:

   Trustees of the Suburban Teamsters of Northern Illinois Pension Fund — first named plaintiff

   v.

   Fox Enterprises of IL, Inc., an Illinois corporation — first named defendant

   Number: 08 C 2985

2. Name of the corporation being served: Fox Enterprises of IL, Inc. an Illinois corporation
3. Title of the court in which an action, suit or proceeding has been commenced: United States District Court for the Northern District of Illinois
4. Title of the instrument being served: Alias Summons and Complaint
5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 5295 E. 3000N Road, Bourbonnais, IL 60914

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   Signature of Affiant: [signed John J. Toomey]

   June 19, 2008

   Telephone Number: (312) 236-0415

RETURN TO: PLEASE TYPE OR PRINT CLEARLY

John J. Toomey
Arnold and Kadjan — Name
19 W. Jackson Boulevard — Street
Chicago, Illinois 60604
City/Town, State, ZIP

**TENDERED CHICAGO CORP. DEPARTMENT**

JUN 25 2008

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

C-213.9