IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>      Plaintiffs,<br><br>v.<br><br>FOX ENTERPRISES OF IL, INC.,..<br>an Illinois corporation<br><br>      Defendant. | )<br>)<br>)<br>)<br>) No. 08 C 2985<br>)<br>) Judge Leinenweber<br>)<br>) Magistrate Judge Keys<br>)<br>)<br>) |

NOTICE OF DISMISSAL

NOW COMES the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, ARNOLD AND KADJAN, and pursuant to FRCP Rule 41(a)(1)(i) dismisses the above captioned case without prejudice, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Upon payment in full of the note balance as set forth in the Settlement Agreement, which are attached, this case shall be dismissed with prejudice on September 1, 2009.

                                                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                                                              OF NORTHERN ILLINOIS WELFARE AND
                                                               PENSION FUND, Plaintiffs

                                                               s/John J. Toomey
                                                              ARNOLD AND KADJAN
                                                              19 W. Jackson Blvd., Suite 300
                                                              Chicago, IL 60604
                                                              Telephone No.: (312) 236-0415
                                                              Facsimile No.: (312) 341-0438
                                                              Dated: July 16, 2008

SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS FRINGE BENEFITS

## Fox Enterprises, Inc. : Pension Fund
July 10, 2008

*Received JUL 14 2008 Pension Fund Office*

For value received, the undersigned promises to pay to the order of Suburban Teamsters of Northern Illinois **Pension** Fund the principal total of $ 3,448.28 (  **Three Thousand Four Hundred Forty Eight and 28/100 dollars.**)

The maker of this Note acknowledges that the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act 29 U.S.C. 1145. For contributions due for the period May, 2007 through November, 2007.

The Employer shall make a **down payment** of **$ 862.07** on July 10, 2008, leaving a principal **balance** of **$ 2,586.21.** That balance is to be paid with 10% annual interest in **12** equal and consecutive monthly **installments of $ 227.37** beginning on August 15, 2008. Payments should be sent to:

> Suburban Teamsters of Northern Illinois
> 1171 Commerce Dr. Unit 1
> West Chicago, IL 60185

Or such other place as may be directed by the legal holder of this Note.

**The Employer is to remain current in regular monthly contributions.** Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby irrevocably authorizes any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, and confess judgment without process in favor of the payee or holder of this Note for the unpaid amount, together with costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

By: _____[signature]_____     Date: 7/10/08
Glen Fox, President
Fox Enterprises, Inc.

_____[signature]_____     Date: 7/10/08
Glen Fox, Individually