IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>FOX ENTERPRISES OF IL, INC.,..<br>an Illinois corporation<br><br>Defendant. | No. 08 C 2985<br><br>Judge Leinenweber<br><br>Magistrate Judge Keys |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   FOX ENTERPRISES OF IL, INC.,
      an Illinois corporation
      c/o Its Registered Agent
      Glen J. Fox
      5295 E. 3000N Road
      Bourbonnais, Illinois 60914

   PLEASE TAKE NOTICE that on July 16, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

   1.   Notice of Dismissal.

a copy of which is attached hereto and served upon you.

                    TRUSTEES OF THE SUBURBAN TEAMSTERS
                    OF NORTHERN ILLINOIS WELFARE AND
                    PENSION FUNDS

                    s/John J. Toomey
                    ARNOLD AND KADJAN
                    19 W. Jackson Blvd., Suite 300
                    Chicago, IL 60604
                    Telephone No.: (312) 236-0415
                    Facsimile No.: (312) 341-0438
                    Dated: July 16, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:
.

FOX ENTERPRISES OF IL, INC.,
an Illinois corporation
c/o Its Registered Agent
Glen J. Fox
5295 E. 3000N Road
Bourbonnais, Illinois  60914

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              19 W. Jackson Blvd., Suite 300
                              Chicago, IL 60604
                              Telephone No.:  (312) 236-0415
                              Facsimile No.:  (312) 341-0438
                              Dated:  July 16, 2008